ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

      - v. -                         :     **UNSEALING ORDER**

MAURICE MCDOWALL,                     :     07 Cr. 1054
ANDREA MOORE,                         :
ALEKSANDER LIPKIN, a/k/a "Alex,"      :
MARINA DUBIN,                         :     Patterson, J.
KERRI CLARKE, and                     :
MICHAEL IRVING,                       :

          Defendants.            :

- - - - - - - - - - - - - - - - - x

      WHEREAS, the above-captioned Indictment was returned on November 19, 2007 and, upon application of the Government, ordered to be filed under seal; and

      WHEREAS the Government has requested that the above-captioned Indictment be unsealed;

      IT IS HEREBY ORDERED, that, the Indictment docketed as 07 Cr. 1054 be unsealed.

Dated: New York, New York
       December 3, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

FRANK MAAS
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 3 2007