


**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

April 3, 2008

**BY FACSIMILE**
Honorable Richard P. Patterson
United States District Court
500 Pearl Street, Room 2550
New York, NY 10007
Fax: (212) 805-7917

**MEMO ENDORSED**

Re: United States v. Maurice McDowall, et al.
07 Cr. 1054 (RPP)

Dear Judge Patterson:

      The Court had previously set a hearing date for Friday, April 4, 2008 at 9:30am for any oral argument on pre-trial motions in the above-captioned matter. In view of the fact that none of the defendants have pending motions, the Government respectfully suggests that tomorrow's hearing date be adjourned, and a pretrial conference for all parties be scheduled. After consultation with Your Honor's deputy, the Government requests that the conference be scheduled for Tuesday, April 8, 2008 at 3:30 p.m.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *Katherine Goldstein*
Katherine R. Goldstein
Jonathan B. New
Assistant United States Attorneys
(212) 637-1049/2641

*[Handwritten endorsement: Appl[ication] Denied. So ordered. Robert P. Patterson USDJ 4/3/08]*

cc: all defense counsel

USDC
DOCUMENT
ELECT[RONICALLY FILED]
DOC #:
DATE FILED: 4/4/08

TOTAL P.002