**LARUSSO & CONWAY**
**ATTORNEYS AT LAW**
**300 OLD COUNTRY ROAD**
**SUITE 341**
**MINEOLA, NEW YORK 11501**
Telephone No. (516) 248-3520
Fax No. (516) 248-3522

May 30, 2008

Hon. Robert P. Patterson
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 110007

      Re: United States v. Maurice McDowall
         <u>Magistrate Docket No. CR-07-1054(RPP)</u>

Dear Judge Patterson:

     This letter is respectfully submitted to request that Your Honor so order the Metropolitan Correctional Center to provide the defendant Maurice McDowall with the necessary prostate medications for his medical condition. He has been without medications for weeks now and his condition is worsening.

     Thank you for your attention to this matter.

                                  Sincerely,

                                  Joseph R. Conway, Esq.

_____
So Ordered